**VAN–126** Order for Refund of Unclaimed Funds – Rev. 07/25/2010

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
1760–A Parkwood Blvd.
Wilson, NC 27893

IN RE:
Ronnie McCrary
 *( debtor has no known aliases )*
7887 BARFIELD DRIVE
FAYETTEVILLE, NC 28314

TaxID: NA

Wilma Yvonne McCrary
 *( known aliases: Wilma Y McCary )*
7887 BARFIELD DRIVE
FAYETTEVILLE, NC 28314

TaxID: NA

CASE NO.: 99–03462–8–RDD

DATE FILED: June 9, 1999

CHAPTER: 13

## ORDER FOR REFUND OF UNCLAIMED FUNDS

The court finds that the amount of $567.86 constituting unclaimed funds is declared due to American Honda Motor Company, Inc. by the reasons stated in the motion filed in this case.

IT IS ORDERED that pursuant to 28 U.S.C. Section 2042, the Clerk, U. S. Bankruptcy Court, Eastern District of North Carolina, pay this money to the order of the claimant.

DATED: August 25, 2010

*/s/ Randy D. Doub*

Randy D. Doub
United States Bankruptcy Judge